IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANNE McINTOSH, | No. CIV S-05-1421-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).  Pending before the court is the parties' stipulation extending the time for plaintiff to file a dispositive motion to February 15, 2006.  The stipulated extension of time will be approved.

      A review of the docket reflects that defendant has notified the court regarding consent to proceed before a Magistrate Judge.  Plaintiff, however, has not notified the court regarding consent.  Pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired.

///

1

Plaintiff will be required to show cause regarding her failure to comply.  <u>Plaintiff is advised that the submission of proper notification regarding consent will be considered an adequate response to this order to show cause</u>.  Plaintiff will be forwarded a copy of the court's form regarding consent.  Finally, plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation to extend the time for plaintiff to file a dispositive motion is approved;

2. Plaintiff shall file a dispositive motion by February 15, 2006;

3. Plaintiff shall show cause in writing, by February 15, 2006, why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders; and

4. The Clerk of the Court is directed to serve on plaintiff a copy of the court's form entitled "Consent to Assignment or Request for Reassignment."

DATED:  January 26, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE