IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANNE McINTOSH, | No. CIV S-05-1421-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On January 30, 2006, the court directed plaintiff to show cause why this action should not be dismissed for her failure to notify the court regarding consent to proceeding before a Magistrate Judge. Plaintiff has now filed the required notice. The order to show cause will, therefore, be discharged.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the court's January 30, 2006, order to show cause is discharged.

DATED: February 22, 2006.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE